United States District Court
Southern District of Texas

**ENTERED**
September 19, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| EDMUND H. HOFMANN, and TAMARA A. HOFMANN, § § § § § § § *versus* § § SYNCHRONY FINANCIAL d/b/a § LOWE'S CREDIT CENTER, § § § | CIVIL ACTION NUMBER: 4:18-cv-02189 |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636 (c).

Edmund Hofmann and Tamara Hofmann

Synchrony Financial d/b/a Lowe's Credit Center

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

Peter Bray

to conduct all further proceedings, including final judgment.

9/17/18
Date

United States District Judge

SDTX (consent mag) 7/13/98